■ THOMAS ULLO V. NEW YORK DOCK COMPANY.— Application denied, with $10 costs. The stay contained in the order to show cause, dated June 17, 1960, is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ LOUIS STONE V. WILLIAM ANDACHT, INC.— Application granted. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. MAX GREEN.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ EDWARD DAVIS V. NEW YORK CITY TRANSIT AUTHORITY.— Motion for leave to appeal as a poor person granted, insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. The typing or mimeographing of the exhibits is dispensed with on condition that the originals or photostatic copies of said exhibits are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Abraham Pokorny, Esq., of 66 Court Street, Brooklyn 1, New York, is assigned as counsel for the appellant for the purposes of the appeal. Order filed. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIO MICHAEL RIVERA V. HENRY J. NOBLE, as Warden.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. HENRY M. LUCASIK.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. NATHAN FINKEL.— Motion to dismiss appeal granted. Motion by David Isaacson, attorney for defendant-appellant, to withdraw from further representation of defendant-appellant, granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK V. JOHN ROSS.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.